# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DANIEL ARMENDARIZ #313909 )
)
   PLAINTIFF, )
)
V. )
)
) CIVIL ACTION NO.
) 2:19-CV1046-WHA
)
COMMISSIONER DUNN, et al., )
)
   DEFENDANTS, )
)

DECLARATION

I  Jory Wood  AIS# 238650
HEREBY DECLARE:

   THAT I WAS IN A HOLDING CELL NEXT TO THE SHIFTT OFFICE WHEN A PRISONER WAS BROUGHT IN FOR MULTIPLE STABB WOUNDS. I LATER FOUND OUT HIS NAME WAS DANIEL ARMENDARIZ WHEN HE WAS BROUGHT BACK FROM THE HOSPITAL AND PUT IN THE SAME DORM I WAS IN. I COULD TELL HE WAS HURTING AND HAVING TROUBLE BREATHING. LT. DAVIS KEPT TELLING HIM NOT TO GET BLOOD EVERRYWHERE. ON TWO SERERATE OCCASIONS AN OFFICER ASKED HIM TO SIGHN A LIVING AGREEMENT AND HE ALSO ASKED HIM TO FILL OUT AN INCIDENT REPORT THE TIME WAS IN BETWEEN 4:00pm AND 5:00pm BECAUSE THEY WERE HAVING PILL CALL AND IT STARTS AT 4:00pm IT TOOK OVER THIRTY MINUTES TO TRANSPORT US TO STATON CORRECTIONAL FACILITY FOR MEDICAL ATTENTION. WE WERE SEEN BY TWO NURSES THAT WORK FOR WEXFORD HEALTH SOURCES INC. AFTER ABOUT THIRTY MINUTES HE STARTED VOMMITING A LITTLE WHILE AFTER HE WAS TRANSPORTED TO JACKSON HOBBITAL.

   I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE EXECUTED AT ELMORE ALABAMA ON THE 25th DAY OF March, 2020

                                                        Jory Wood
                                                       SIGNATURE

                                                       Jory Wood
                                                       PRINT NAME



# Wexford Health
## SOURCES INCORPORATED

## Progress Note

| | | Last | First | MI |
|---|---|---|---|---|
| **Name:** | | Armendariz, Daniel | | |
| **Date of Birth:** | | | **ID#:** | 313909 |

| Date | Time | Description | Signature/Title |
|---|---|---|---|
| 7/3/18 | 900 | Rec @ ECC SHCU vol 1 of 1 Q meds | Brown |
| 8/3/18 | 1735 | Inmate was brought to the M/U Because he was involved in an altercation. V/S T 97.6, P 102, R 22, B/P 160/40 O₂ 94%, Laceration noted to (D) ear, Abrasions, Small Lacerations & Indentions noted to (L) Shoulder & Lower & upper Back Area. LS Clear, Inmate C/o SOB. MD Borwicz noted notified, New orders given. Called Jackson Hospital, Report Given to Chelsea RN. Inmate Transported to Jackson Hospital via DOC Van. — P. Robinson LPN | |

**Alabama Department of Corrections**
**Inmate Body Chart Documentation Form**



Institution: __Elmore__   Date: __8/3/19__   Time: __1735__

Individual Requesting Body Chart (print name): __Carstarphen__   Title: ____

**Inmate statement:**

"__Another Inmate Stabbed me__"

[Body diagram: front view with "Bite mark" labeled on chest; back view with "lacerations & Abrasions from ice pick" labeled on back; head views front, right (R), and left (L)]

**Description of markings:**

laceration noted to (L) ear, Abrasions & small indentions Noted throughout Back area. No other complaints noted @ this time.

**Check below:**
___ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): __P. [illegible] LVN__   Date: __8/3/19__   Time: __1735__

Inmate Name: __Armendariz, Daniel__   AIS #: __313909__   DOB: ____

ADOC – Office of Health Services
Form E-11 (a) 08/2014

File: Original - Inmate Health file
Copy - ADOC Official



# Wexford Health
SOURCES INCORPORATED

## Medical Director QA Emergency Reporting Form

FAX: 412 539-0415 or E-mail: AL_UMFaxes@wexfordhealth.com

Inmate Name: **Armendariz**
Facility Name: **Staten**
DOC#: **313909**   DOB: ███████
Referring Site Physician Signature: ███████
RMD Notified of non 911: _____

Date/Time Sent Out: **8/3/18**
ED Hospital Location: **Jackson Hospital**
Referring Site Physician Name: **Bocwitz**

Emergency Medical HX:
**Possible lung puncture**

Referring site physician location: ☒ Off Site ☐ On Site
Transportation: ☐ Ambulance ☐ Air ☒ State Vehicle
PMHX/PSHX/MEDS/ALLERGIES/SH:
**NKA**

Trauma condition result of: ☒ Altercation ☐ Sports ☐ Work ☐ N/A

Physical Exam w/vitals:

T: **97.6**  BP: **169/90**  HR: **102**  RR: **22**  Pulse Ox: **94**

On-Site Interventions and Patient Response:
**Assessment, Call MD**

Reason sent to ED: **X-Rays for possible lung puncture**

RMD Notified: Date: **8/3/18**  Time: **1808**
ED Physician Name spoken to **initially**: **Chelsea RN**
Time: **1836**
Discussion & Plan w/ED Physician **initially**:

ED Physician Name spoken to in **follow-up**: _____
Time: _____
Discussion & Plan w/ED Physician for **follow-up**:

Disposition: ☐ Admit ☐ Return to Site  Date and Time: _____  Transfer to: _____

***UM Director Only:** ☐ ED Referral Appropriate ☐ ER Preventable – No staff available onsite to adequately eval / Inappropriate medical info from Nursing staff / Insufficient site medical team clinical mgmt. capabilities / Lack of necessary or operational equipment / Sent by security/ Infirmary Capabilities / Not medically necessary / Insufficient information _____

Signature _____   Date _____

**Please fax the completed form to 412 539-0415 or E-mail: AL_UMFaxes@wexfordhealth.com

Rev. 3/12/2018


## Wexford Health
SOURCES INCORPORATED

### Emergency/Hospitalization Notification Form

Fax to 412-539-0415 or 412-937-9151
or
Email: AL_UMFaxes@wexfordhealth.com

**Correctional Facility:** Staton
**Date:** 8/3/18   **Reference Number:**
**Inmate Name:** Armedariz, Daniel   **SSN:**
**Inmate Number:** 313909   **DOB:**
**Advance Directives:**
**Referring Physician:** ☒ YES ☐ NO   Dr. Borwicz

**Type of Service:**
☒ ER
☐ Direct Admit
☐ STAT LAB
☐ Other:
☐ Admit through ER
☐ Hospital-to-hospital transfer
☐ Urgent Office
☐ ER to Observation
☐ Scheduled Admission
☐ Urgent Radiology/X-Ray

**Facility/Place of Service:** Jackson Hospital
**Address:** Pine Street Montgomery, AL
**Telephone:** 293-8000
**Treating Physician:** Dr. Borwicz
**Transportation:** ☐ Ambulance  ☒ State Vehicle  ☐ Other:

### SPECIFIC REASON FOR EMERGENCY TREATMENT OR ADMISSION

**DIAGNOSIS:** Possible lung puncture

**911 REFERRAL** ☐ YES ☒ NO   If no, was RMD contacted? ☒ YES ☐ NO

**Date Out:** 8/3/19   **Time:** 1830
**Return Date:**   **Time:**
**Admission Date:**   **Time:**
**Transmittal Date:**   **Time:**
**By:**

**After Hours Notified:** ☐ Yes  ☐ No   If yes, send copy with patient to hospital.

Rev. 10/03/2016   Emergency/Hospitalization Notificatio




ALAL
PROGRESS N

**Offender Information:**

HSR#
DATE/TIME

Last Name: Armendariz   First Name: Daniel   MI: ___   ID#: 31390

## ABRASIONS and LACERATIONS

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** | **P)** |
| Allergies? NKA | **Refer to Provider:** Last toxoid was more than 5 years ago. If wound has ground in debris. If wound has uncontrolled bleeding. If signs of infection are present. For wounds covering large or deep areas or over joints. For lacerations of eyelids, lips, ears over joints on fingers. For assault wounds to head face, chest, back or abdomen. For wounds not responding to protocol treatment. For wounds which require sutures. Exchange of body fluid. If injury is self-inflicted, refer to Mental Health |
| Cause of the injury? Stabbing related | |
| Where did it happen? Inmate was laying Bed | |
| Time of the injury: 1630 | |
| Type of the object involved: Ice Pick or Pen | **Nursing Intervention** Cleanse with antiseptic soap. If wound is on the face use Phisoderm or equivalent and rinse with Normal Saline. Apply direct pressure with sterile compress (to control bleeding) if needed & elevate if possible. For discomfort: Acetaminophen 325 mg, 2 tablets p.o. b.i.d. p.r.n. x 3 days. Triple antibiotic ointment b.i.d. x 3 days. Dress abrasions as necessary – butterfly or steri strip if necessary. |
| History of excessive bleeding  Y/N | |
| Date of last Tetanus vaccination: Unknown | |
| **O)** | |
| T 97.6  P 102  R 22  BP 160/90  WT 94 | **Patient Teaching:** Signs of infection (swelling, redness, pus, heat, streaking). Signs of impaired circulation (blanching nails, cold extremities). Safety, prevention measures. Need for follow-up referral at sick call if infection and/or impaired circulation develop. |
| Loss of consciousness/orientation None | |
| Size/depth/location of injury: 5 mm | |
| Contaminates/ground in debris: N/A | **Follow up:** Wound check in the clinic or by sick call nurse in 24 hours; thereafter, depending on severity and patient's ability to provide self-care. |
| Bleeding/drainage/amount/character: Bright red Blood | |
| Swelling/disfigurement  Y/N  Loss of ROM? Y/N  S&S of impaired circulation? Y/N | Multiple Stab wounds to Back |
| **A)** | |
| Alteration in Comfort  Altered Skin Integrity | |

Signature/Title: P. Robinson LPN

Rev.10/5/2017 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL          ABRASIONS and LACERATIONS

ECC

## Alabama Inmate Grievance

☒ **Medical Grievance**          ☐ **Medical Grievance Appeal**

Check the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

**NAME:** Daniel Armendariz       **AIS#:** 313909       **UNIT:** C2/75B       **DATE:** 07-26-19

**PART A – Inmate Grievance**

This is a Request for medical records from staton and Jackson hospital pertaining to a stabbing that happen to me August of 2018. failure to provide me with these records will result in a civil procedure to obtain These records. Thanks for your time and help in this matter.

**INMATE SIGNATURE:** Daniel Armendariz

**PART B – RESPONSE**       **DATE RECEIVED:** 7/30/19

Good Evening,

I understand your problem, but if you need those records, you need to get your Attorney to get those files.

**Department Head Signature:** G. Anthony, Ombudsman

**DATE:** 7/30/19

If you wish to appeal a grievance response you may file a Grievance Appeal. Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**MEDICAL ADMINISTRATOR USE ONLY:**
☐ Medical    ☐ Dental    ☐ Mental Health    ☐ Other

| | | | |
|---|---|---|---|
| ☐ | I   Quality of Onsite Care | ☐ | VI   Timeliness of Specialty Care |
| ☐ | II   Quality of Specialty Care | ☐ | VII   Medication Issues |
| ☐ | III   Access to Onsite Care | ☐ | VIII   Treatment and Testing Issues |
| ☐ | IV   Access to Specialty Care | ☐ | IX   Care Staff Conduct |
| ☐ | V   Timeliness of Onsite Care | ☐ | X   Other |

CP7147AL-Inmate Grievance                    Original Medical File - Yellow to Patient
Issued 9/2014

07-26-19

Alabama Dept. of Corrections
Att: Commissioner Dunn
P.O Box 301501
Montgomery, Al 36130

RE: Grievance

Dear, Mr Dunn

My name is Daniel Armendariz #313909 I'm currently housed at Elmore Correctional facility. Around July or August, 2018 I was assaulted by inmate Ernest White. I was hospitalized for two collapsed lungs and multiple stabb wounds to the back. I wrote Internal Investigation Division for Alabama Dept. of Corrections seeking information regarding the incident, but I got no response. The reason for the request was, so I could provide all the correct facts. I'm seeking Monetary damages for the violation of my 8th Amendment Constitutional rights. I'm seeking damages from you, Lt. Davis, Warden Headly and the two officers on Duty at the time of the incident.

I'm writing this letter because it has come to my attention that prisoners must exhaust Administrative remedies before filing a civil action. After careful research I have come to the conclusion that Alabama Dept. of Corrections has no verbal or written Grievance procedure in place. I have took it upon myself to write this letter at the administrative level as a Grievance. Failure to respond in thirty days will be considered a denial and I will send out another letter as an appeal thanks for your time and help in this matter.

Sincerely,
Daniel Ormandovic

08-28-19

Alabama Dept. of Corrections
Att: Commissioner Dunn
P.O Box 301501
Montgomery, AL 36130

RE: Grievance Appeal

Dear, Mr. Dunn

    My name is Daniel Armendariz #313909 I'm currently housed at Elmore Correctional facility. In July 26, 2019 I wrote a grievance concerning an assault seeking monetary damages from you, Warden Headly, Lt. Davis and the two officers on Duty at the time of the incident. It's been over thirty days and have not gotten a response. This letter is an appeal to that grievance if I do not get a response by December I will move forward with a civil action. Thanks for your time and help in this matter.

                        sincerely,
                        Daniel Armendariz