IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL ARMENDARIZ #313909, | ) |
| PLAINTIFF, | ) |
| V. | ) CIVIL ACTION NO.: |
| COMMISSSIONER DUNN, et Al., | ) 2:19-cv-1046-MHT |
| DEFENDANTS. | ) |

MOTION TO ENTER

DRAWING AND WRITEING

INTO EVIDENCE


PURSUANT TO RULE 1001 AND RULE 1001(1) OF THE FEDERAL RULES OF EVIDENCE. PLAINTIFF, [DANIEL ARMENDARIZ #313909] WOULD LIKE TO ENTER THE FOLLOWING:

1. LAYOUT OF BRAVO DORM ONE AT THE TIME OF THE INCIDENT AND LOCATION OF THE INCIDENT AND WERE THE OFFICERS WERE.

2. WRITINGS DERIVED FROM THE UNITED STATES DEPARTMENT OF JUSTICE CIVIL RIGHTS DIVISION INVETIGATION (APRIL 2,2019).

3. DECLARATION FROM PLAINTIFF SHOWING INCIDENTS THAT HAVE OCCURED THIS YEAR THAT PLAINTIFF HAS PERSONAL KNOWLEDGE OF.

4. GRAPHIC ARTIST DRAWINGS CONSTITUTE "WRITINGS" WITHIN THE MEANING OF RULE 1001(1) THEY CONSIST OF "THEIR EQUIVALENT". SEILER V. LUCASFILM, Ltd, 484 U.S. 826, (1987).

RESPECTFULLY SUBMITTED,

6-15-20
DATED

Daniel Armendariz
PRINT NAME

*Daniel Armendariz*
SIGNATURE

AIS#313909
ELMORE CORRECTIONAL FACILITY
3520 MARION SPILLWAY ROAD
ELMORE, AL 36025

# EXHIBIT C



IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

DANIEL ARMENDARIZ, #313909,     )
                                )
    PLAINTIFF,                  )
                                )
V.                              )
                                ) CIVIL ACTION NO.:
                                )
COMMISSIONER DUNN, et Al.,      ) 2:19-cv-1046-MHT
                                )
    DEFENDANTS.                 )
                                )
                                )

## DECLARATION OF

## DANIEL ARMENDARIZ

DANIEL ARMENDARIZ HEREBY DECLARES:

1. ON MAY 29, 2020 I WAS AT PILL CALL WHEN OFFICERS RESPONDED TO A STABBING IN CHARLIE DORM ONE. THE INMATE DIED ON THE WAY TO THE HOSPITAL.

2. ON JUNE 4, 2020 OFFICERS RESPONDED TO A STABBING IN CHARLIE DORM ONE THE INMATE WAS HOSPITALIZED.

3. ON JUNE 5, 2020 OFFICERS RESPONDED TO A FIGHT IN BRAVO DORM ONE THE INMATE WAS STABBED IN THE ARM AND REQUIRED STAPLES TO CLOSE THE WOUND.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED AT ELMORE, AL ON __15__ DAY OF __June__, 2020

_____Daniel Armendariz_____
             SIGNATURE

RECEIVED

2020 JUN 19 A 9:27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA

UNITED STATES DEPARTMENT OF JUSTICE

CIVIL RIGHTS DIVIDION

INVESTIGATION APRIL 2,2019

1. IN FEBRUARY 2017, AN ELMORE PRISONER WAS KILLED BECAUSE OF A FAILED DRUG TRANSACTION. MULTIPLE PRISONERS ATTACKED THE VICTIM WHILE HE LAY ASLEEP IN BED, THEN HE WAS DRAGGED ON A BLANKET TO THE COMMON ROOM. WHERE A CORRECTIONAL OFFICER EVENTUALLY DISCOVERED HIM. HE WAS AIR LIFTED TO AN OUTSIDE HOSPITAL FOR EMERGENCY SURGERY DUE TO A BRAIN HEMORRHAGE HE DIED TWO DAYS LATER.

2. IN APRIL 2017, AT ELMORE A PRISONER INFORMED AN OFFICER IN AN OPEN DORMITORY THAT HE HAD JUST BEEN STABBED IN THE BACK. THE PRISONER WAS TAKEN BY AMBULANCE TO AN OUTSIDE HOSPITAL WHERE HE UNDER WENT EMERGENCY SURGERY FOR A PUNCTURED LUNG. THE WEAPON USED TO STAB THE VICTIM COULD NOT BE FOUND. (pg.20)

3. IN JULY 2017, AT ELMORE AN OFFICER OBSERVED A GATHERING OF PRISONERS AT THE BACK OF THE DORMITORY AND SAW THAT ONE PRISONER WAS BLEEDING FROM HIS CHEST. HE RADIOED FOR ASSISTANCE AND THE PRISONER WAS ESCORTED TO THE HEALTH CARE UNIT. THE PRISONER WAS TAKEN BY HELICOPTER TO AN OUTSIDE EMERGENCY ROOM. THE STABBING HAPPENED WHEN THE VICTIM TRIED TO INTERCEDE AND STOP A FIGHT BETWEEN TWO OTHER PRISONERS. (pg.19)

4. APRIL 2018 PRISONER AT ELMORE, AFTER HIS MOTHER CALLED TO REPORT THAT HE HAD BEEN RAPED.



CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE THIS __15__ DAY OF __June__, 2020 CAUSED A TRUE AND CORRECT COPY OF THE FOREGOING TO BE SERVED UPON THE DEFENDANTS BY PLACING THE SAME IN THE U.S. MAIL, POSTAGE PREPAID AND ADDRESSED AS FOLLOWS:

ATTORNEY GENERAL
501 WASHINGTON AVENUE
MONTGOMERY, AL 36130-0152

WEBSTER HENRY, P.C.
TWO PERIMITER PARK S.
SUITE 445 EAST
BIRMINGHAM, AL 35243

Daniel Armendariz
PRINT NAME

Daniel Armendariz
SIGNATURE

AIS#313909
ELMORE CORRECTIONAL FACILIT
3520 MARION SPILLWAY ROAD
ELMORE, AL 36025

DANIEL ARMENDARIZ #313909
ELMORE CORRECTIONAL FACILITY
3520 MARION SPILLWAY ROAD
ELMORE, AL 36025



UNITED STATES DISTRICT COURT
ATT:CLERK
ONE CHURCH STREET SUITE B-110
MONTGOMERY, AL 36104

**Legal Mail
Elmore CF
Law Library**

361034018 C039