IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DANIEL ARMENDARIZ,        )</br>                           )</br>     Plaintiff,            )</br>                           )</br>     v.                    )</br>                           )</br>COMMISSIONER DUNN,         )</br>et al.,                    )</br>                           )</br>     Defendants.           ) | CIVIL ACTION NO.</br>2:19cv1046-MHT</br>(WO) |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit contending that he was stabbed by another inmate and denied prompt access to emergency medical care due to the defendants' deliberate indifference.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to dismiss defendant Ethan Brand as a party be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of August, 2020.

                                        /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**