IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DANIEL ARMENDARIZ,          )
                            )
        Plaintiff,          )
                            )      CIVIL ACTION NO.
        v.                  )       2:19cv1046-MHT
                            )            (WO)
COMMISSIONER DUNN,          )
et al.,                     )
                            )
        Defendants.         )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 52) is adopted.

(2) Plaintiff's motion to dismiss defendant Ethan Brand as a party to this action (doc. no. 47) is granted, and defendant Brand is dismissed and terminated as a party to this action.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 21st day of August, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE