IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL ARMENDARIZ (AIS# 313909), | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO.: ) 2:19-CV-1046-WHA |
| v. | ) ) |
| COMMISSIONER DUNN, et al., | ) ) |
| Defendants. | ) |

## WEXFORD'S NOTICE OF FILING

COMES NOW Defendant, Wexford Health Sources, Inc., and files the attached "Wexford's Response to Plaintiff's Discovery Requests Contained in the Declaration Filed on July 14, 2020 [Doc. #61] and this Court's Order of July 17, 2020 [Doc. 63]."

Respectfully Submitted,

s/*Philip G. Piggott*
Philip G. Piggott (ASB-4379-P67P)
WEBSTER HENRY, P.C.
Two Perimeter Park South
Suite 445 East
Birmingham, AL 35243
Telephone: (205) 380-3480
Fax: (205) 380-3485
E-mail: ppiggott@websterhenry.com
*Attorney for Defendant, Wexford Health Sources, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to counsel of record, and I have placed a copy of the foregoing in the U.S. Mail, first class postage prepaid to the following:

Daniel Armendariz (AIS 313909)
Elmore Correctional Facility
3520 Marion Spillway Road
Elmore, Alabama 36028

                                                  s/*Philip G. Piggott*
                                                  OF COUNSEL