IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

DANIEL ARMENDARIZ, )
#313909, )
  Plaintiff, ) CIVIL ACTION NO.:
) 2:19-CV-1046-MHT
   V. )
)
COMMISSIONER DUNN, )
et al., )
  Defendants. )

## MOTION TO ENTER MEDICAL RECORDS.

  The following is a request to enter medical records from Jackson Hospital. I wish to enter them into evidence along with the other medical records in (Exhibit "B").

       Respectfully Submitted,

       Daniel Armendariz
       AIS #313909
       Elmore Correctional Facility
       3520 Marion Spillway Rd.
       Elmore, AL 36025

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE THIS ___18___ DAY OF

___August___ ,2020 CAUSED A TRUE AND CORRECT COPY OF THE

FOREGOING TO BE SERVED UPON THE DEFENDANTS BY PLACING THE SAME

IN THE U.S. MAIL, POSTAGE PREPAID AND ADDRESSED AS FOLLOWED:____

ATTORNEY GENERAL
501 WASHINGTON AVE.
MONTGOMERY,AL 36130

WEBSTER HENRY, P.C.
TWO PERIMITER PARK SOUTH
SUITE 445 EAST
BIRMINGHAM,AL 35243

DANIEL ARMENDARIZ

AIS#313909
ELMORE CORRECTIONAL FACILITY
3520 MARION SPILLWAY RD.
ELMORE,AL 36025

Daniel Armendariz #313909
Emore Correctional Facility
3520 Marion Spillway Rd.
Elmore, AL 36025

POSTAGE
$.30?

FIRST-CLASS

US POSTAGE
000.65⁰

AUG 31 2020
MAILED FROM ZIP CODE 36025

$2-7B

united States District Court
one Church st. Suite B-110
Montgomery, AL 36104

Legal Mail
Elmore CF
Law Library

I sent this out on the 8-18-20
And got back today 9-11-20

Daniel Armendariz #313909 A2-7B
Elmore Correctional Facility
3520 Marion Spillway Rd.
Elmore, AL 36025



United states District Court
One church st. Suite-B-110
Montgomery, AL 36104

Legal
Mail

36104-401801