9-11-20

Dear Clerk

RECEIVED
2020 SEP 15 A 10:16
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I got these medical records and motion back today. I mailed them out on 8-19-20 to Wexfords attorney, The Attorney general and the Court. We get two free stamps a week for legal mail I know I can mail six sheets of copy paper for one stamp. the Pitney Bowes stamp is from Elmore for 65 cents mailed out Aug 31, 2020. Then it was stamped Return for postage. This stamp is not from the post office its from here its the same ink on the reverse side stating this Correspondence is from a Correctional facility. There is no indication that it was ever mailed out. Then they write postage Due 1.50. I just want the courts to know I'm not sure if the Defendants recieved theirs or not. I have reason to believe that they are only doing it to the mail I send the Courts. Thanks for your time and help in this matter.

OneContent: Generated By JH\caldwellc

---

**JACKSON HOSPITAL AND CLINIC**
**Admission Assessment Report**
08/03/2018 19:15 through 08/07/2018 03:14

| | | | | |
|---|---|---|---|---|
| Patient Name: | ARMENDARIZ, DANIEL | | | |
| Visit ID: | 2010781474 | MR Number: 769575 | DOB: | 1976 |
| Admitted: | 08/04/2018 01:49 | Attending: STEPHEN K KWAN | | |
| Admitting Diagnosis: | | | | |

| Allergies | Allergy Date |
|---|---|
| **No Known Allergies** Last Documented by: JOHN SARGENT, RN on 08/03/2018 19:19 | 08/03/2018 |

| Home Meds | | Last Dose Taken | Start Date | Stop Date |
|---|---|---|---|---|

**Zoloft**
unkown orally every 24 hours
Last Documented by: JOHN SARGENT, RN on 08/04/2018 02:03

**BuSpar**
unknown orally 2 times per day
Last Documented by: JOHN SARGENT, RN on 08/04/2018 02:03

**Reported Problems**

**Anxiety**
Start Date: Unknown
TYPE: Problem   STATUS: Active
Last Documented by: JOHN SARGENT, RN on 08/03/2018 19:28

**Depression**
Start Date: Unknown
TYPE: Diagnosis   STATUS: Active
Last Documented by: JOHN SARGENT, RN on 08/03/2018 19:28

| Vitals | Entered By: JOHN SARGENT, RN | | | | | | | Entry Date |
|---|---|---|---|---|---|---|---|---|
| | Pt. Location: EMERGENCY DEPARTMENT MAJOR 20A | | | | | | | |
| | Temp | Pulse | Resp | BP | O2 % | Ht | Wt | |
| 08/03/2018 19:27 | 98.2 F | 86 | 28 | 122/89 | 98.0% 98.0 M | 66.00 in | 180.00 lbs | 08/03/2018 19:27 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Admission Data** | | |
| | Entered By: JOHN SARGENT, RN | | |
| | Pt. Location: ED IP WAIT EO/IP/20 | | |
| 08/04/2018 02:00 | Patient Arrival Time on Unit | 0215 | 08/04/2018 02:12 |
| | Admit to Medical/Surgical Critical Care Unit | 08/04/2018 02:15 | 08/04/2018 02:12 |
| | Recent Foreign Travel (if yes, indicate where/when) | no | 08/04/2018 02:12 |
| | Emergency Contact #1 Name/Relationship | prison | 08/04/2018 02:12 |
| | ~~Stated Reason for Admission/Chief Complaint~~ | ~~stabbed in back~~ | 08/04/2018 02:12 |
| | Primary Care Physician | prison | 08/04/2018 02:12 |
| | Last Seen by Primary Care Physician | 8/2018 | 08/04/2018 02:12 |
| | Patient Oriented to | Bed Controls | 08/04/2018 02:12 |

08/07/2018 03:14    NOTE: All strikeouts were executed by person making original entry.    Page 1 of 4

Patient: ARMENDARIZ, DANIEL    MRN: 769575    Page 1 of 4

OneContent: Generated By JH\caldwellc

**JACKSON HOSPITAL AND CLINIC**
**Admission Assessment Report**
08/03/2018 19:15 through 08/07/2018 03:14

| | | | | |
|---|---|---|---|---|
| Patient Name: | ARMENDARIZ, DANIEL | | | |
| Visit ID: | 2010781474 | MR Number: 769575 | DOB: | ▓▓▓/1976 |
| Admitted: | 08/04/2018 01:49 | Attending: STEPHEN K KWAN | | |
| Admitting Diagnosis: | | | | |

*Assessment Date* — *Entry Date*

**Admission Data**
Entered By: JOHN SARGENT, RN
Pt. Location: ED IP WAIT EO/IP/20

| Assessment Date | Item | Value | Entry Date |
|---|---|---|---|
| 08/04/2018 02:00 | Patient Oriented to | Light in Reach | 08/04/2018 02:12 |
| | | Call System in Reach | |
| | | Smoking, Cell Phone and Visiting Policies | |
| | | ID Bracelet Precaution Alerts and Checks | |
| | | Bathroom Emergency Light | |
| | | Telephone/Television | |
| | | Unit Routine | |
| | | Signs / Symptoms to Report to Nurse | |
| | | Contacting Nurse | |
| | | White Board | |
| | | HIPAA Policy | |
| | Patient Rights/Responsibilities Reviewed | With Patient | 08/04/2018 02:12 |
| | How to Report Concerns Reviewed | With Patient | 08/04/2018 02:12 |
| | Durable Power of Attorney (POA) for healthcare | No | 08/04/2018 02:12 |
| | Arrive From | Emergency Department | 08/04/2018 02:12 |
| | Info Provided By | Patient | 08/04/2018 02:12 |
| | Previous Blood Transfusion | No | 08/04/2018 02:12 |
| | Influenza Vaccine Risk / Contraindication Assessment | Not Influenza Season. Season is October 1st - March 31st. | 08/04/2018 02:12 |

*Assessment Date* — *Entry Date*

**Belongings**
Entered By: JOHN SARGENT, RN
Pt. Location: ED IP WAIT EO/IP/20

| Assessment Date | Item | Value | Entry Date |
|---|---|---|---|
| 08/04/2018 02:00 | Hospital Not Responsible for Patient Belongings | Patient Informed | 08/04/2018 02:12 |
| | Disposition of Patient Meds | None | 08/04/2018 02:12 |
| | Valuables Kept with Patient | Top/Shirt | 08/04/2018 02:12 |
| | | Pants/Skirt | |
| | | Undergarments | |
| | | Shoes | |

*Assessment Date* — *Entry Date*

**Psychosocial Religious Screening**
Entered By: JOHN SARGENT, RN
Pt. Location: ED IP WAIT EO/IP/20

| Assessment Date | Item | Value | Entry Date |
|---|---|---|---|
| 08/04/2018 02:00 | Recently Felt Afraid for Safety at Home | No | 08/04/2018 02:12 |
| | Observed Signs of Possible Abuse | | 08/04/2018 02:12 |
| 08/04/2018 02:00 | Group Note: stab wounds | | 08/04/2018 02:14 |

08/07/2018 03:14    NOTE: All strikeouts were executed by person making original entry.    Page 2 of 4

Patient: ARMENDARIZ, DANIEL    MRN: 769575    Page 2 of 4

OneContent: Generated By JH\caldwellc

### JACKSON HOSPITAL AND CLINIC
### Admission Assessment Report
08/03/2018 19:15 through 08/07/2018 03:14

| | | | | |
|---|---|---|---|---|
| Patient Name: | ARMENDARIZ, DANIEL | | | |
| Visit ID: | 2010781474 | MR Number: 769575 | DOB: ▓▓▓/1976 | |
| Admitted: | 08/04/2018 01:49 | Attending: STEPHEN K KWAN | | |
| Admitting Diagnosis: | | | | |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Psychosocial Religious Screening** <br> Entered By: JOHN SARGENT, RN <br> Pt. Location: ED IP WAIT EO/IP/20 | | |
| 08/04/2018 02:00 | Concerned about Condition | Change in Activity | 08/04/2018 02:12 |
| | Current Life Stressors | Health | 08/04/2018 02:12 |
| | Coping Mechanisms | Exercise | 08/04/2018 02:12 |
| | Observed Behavior | Age Appropriate | 08/04/2018 02:12 |
| | Suicide Risk | Score less than 6 = Low Risk | 08/04/2018 02:12 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Nutrition and Elimination Screening** <br> Entered By: JOHN SARGENT, RN <br> Pt. Location: ED IP WAIT EO/IP/20 | | |
| 08/04/2018 02:00 | Nutrition Triggers for Dietician Consult | No Trigger Identified | 08/04/2018 02:12 |
| | Appetite | Good | 08/04/2018 02:12 |
| | Home Diet | Regular | 08/04/2018 02:12 |
| | Feeding Assistance | None Needed | 08/04/2018 02:12 |
| | Bowel Elimination Assessment | No Bowel Concerns or Needs | 08/04/2018 02:12 |
| | Urinary Elimination Assessment | No Urinary Concerns or Needs | 08/04/2018 02:12 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Functional and Mobility Screening** <br> Entered By: JOHN SARGENT, RN <br> Pt. Location: ED IP WAIT EO/IP/20 | | |
| 08/04/2018 02:00 | ADL Assistance Needed | Walking | 08/04/2018 02:12 |
| | ADL Difficulties Onset in Past 2 Weeks | No | 08/04/2018 02:12 |
| | Pre-Admit Assistive Devices | None | 08/04/2018 02:12 |
| | Home Durable Medical Equipment | None | 08/04/2018 02:12 |
| | Weakness | None | 08/04/2018 02:12 |
| | Paralysis | None | 08/04/2018 02:12 |
| | Paresthesia | None | 08/04/2018 02:12 |
| | Amputation | None | 08/04/2018 02:12 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Record Skin Lesions** <br> Entered By: JOHN SARGENT, RN/JOHN SARGENT, RN <br> Pt. Location: ED IP WAIT EO/IP/20 | | |
| 08/04/2018 02:00 | Category Note: there are 16 stab wounds to the upper back | | 08/04/2018 02:13 |
| | Back, Upper Left | Other | 08/04/2018 02:12 |
| | *Head, Anterior | Abrasions | 08/04/2018 02:12 |

08/07/2018 03:14     NOTE: All strikeouts were executed by person making original entry.     Page 3 of 4

Patient: ARMENDARIZ, DANIEL   MRN: 769575   Page 3 of 4

OneContent: Generated By JH\caldwellc

# JACKSON HOSPITAL AND CLINIC
## Admission Assessment Report
08/03/2018 19:15 through  08/07/2018 03:14

| | | |
|---|---|---|
| Patient Name: | ARMENDARIZ, DANIEL | |
| Visit ID: | 2010781474 | MR Number: 769575 |
| Admitted: | 08/04/2018 01:49 | Attending: STEPHEN K KWAN |
| Admitting Diagnosis: | | |

DOB: ▮▮/1976

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Discharge Planning and Privacy** | | |
| | Entered By:   JOHN SARGENT, RN | | |
| | Pt. Location:   ED IP WAIT EO/IP/20 | | |
| 08/04/2018 02:00 | Living Situation Prior to Admission | Prison | 08/04/2018 02:12 |
| | Living Situation Discharge Goal | Prison | 08/04/2018 02:12 |
| | Concerns about Help Once Home | None | 08/04/2018 02:12 |
| | Community Resources Prior to Admission | None | 08/04/2018 02:12 |
| | Caregivers available if needed post discharge | None | 08/04/2018 02:12 |
| | Responsible for Care of Others | None | 08/04/2018 02:12 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **VTE Prophylaxis Assessment** | | |
| | Entered By:   JOHN SARGENT, RN | | |
| | Pt. Location:   ED IP WAIT EO/IP/20 | | |
| 08/04/2018 02:00 | B | Patient is Low Risk for VTE - Currently Ambulatory or Minor / Local Surgery | 08/04/2018 02:12 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Initial Pain Assessment** | | |
| | Entered By:   JOHN SARGENT, RN | | |
| | Pt. Location:   ED IP WAIT EO/IP/20 | | |
| 08/04/2018 02:00 | Pain Scale Used | Numeric | 08/04/2018 02:12 |
| | Pain Goal | Pain Free | 08/04/2018 02:12 |
| | Pain Aggravating Factors | N/A | 08/04/2018 02:12 |
| | Pain Relieving Factors | N/A | 08/04/2018 02:12 |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Latex Allergy Screening** | | |
| | Entered By:   JOHN SARGENT, RN | | |
| | Pt. Location:   ED IP WAIT EO/IP/20 | | |
| 08/04/2018 02:00 | Latex Allergy Screening | No - None of the Latex Allergy Indicators | 08/04/2018 02:12 |

08/07/2018 03:14     NOTE: All strikeouts were executed by person making original entry.     Page 4 of 4

Patient: ARMENDARIZ, DANIEL    MRN: 769575    Page 4 of 4

OneContent: Generated By JH\caldwellc

JACKSON HOSPITAL AND CLINIC, INC.    JACKSON IMAGING CENTER
       1725 PINE STREET                   1825 PARK PLACE
    MONTGOMERY, AL  36106              MONTGOMERY, AL  36106

                    Order Location: 3W
Name: DANIEL ARMENDARIZ          DOB: ▓▓▓/1976
Physician: DORIS D DONALD        Patient Location: 3W/314
MRN: 769575                      Account #: 2010781474
Order ID: 0003378154
-----------------------------------------------------------------
Clinical Data: stab wound
Procedure: CT CHEST WITH CONTRAST
Date of Exam: 08/03/2018      Date of Transcription: 08/04/2018

CT CHEST WITH CONTRAST

INDICATION: Stab wound.

TECHNIQUE:
75 cc's Isovue 370 given intravenously. Automated Exposure
Control was utilized.

FINDINGS:
Thyroid gland appears normal. The thoracic aorta is normal in
caliber and patent without evidence of atherosclerotic disease.
The pulmonary artery is normal in size and patent centrally. The
heart is normal in size. No pathologic adenopathy. No pericardial
effusion. The large airways are patent. There is a moderate left
and small right anterior pneumothorax. There is partial collapse
of the left upper and left lower lobes. There is also mild
atelectasis involving the right upper, lower, and middle lobes.
Small volume hemoperitoneum.

There is gas and bilateral back soft tissues from stab wounds. No
acute osseous abnormality.

IMPRESSION:

MODERATE LEFT AND MILD RIGHT PNEUMOTHORACES WITH SCATTERED
ATELECTASIS AS ABOVE.

SMALL VOLUME HEMOPERITONEUM.

STAB WOUNDS TO THE BACK.
Dictated by: SCOTT  BERL
Verified by: SCOTT  BERL
Transcribed by: JOANNE  HOLLOND