IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED
2022 JAN -3  A 11: 25
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| DANIEL ARMENDARIZ, #313909, | ) | |
| Plaintiff, | ) | |
| V. | ) | CIVIL ACTION NO.: |
| COMMISSIONER DUNN, et al., | ) | 2:19-cv-1046-MHT-CSC |
| Defendants. | ) | |
| | ) | |
| | ) | |

## MOTION TO ENTER EXHIBIT

The following is a request to enter exhibit E, Exhibit "E" is Wexford Health Sources Inc. collegial review policy that created deliberate indifference to my serious medical need.

Respectfully submitted,

Dated: 01-02-2022

*Daniel Armendariz*

DANIEL ARMENDARIZ, pro se
1616 5th Ave. North
Bessemer, Al 35020
Phone: 902-916-8902
Email: Armendarizd755@gmail

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this ___02___ day of ___January___, 2022.
Caused a true and correct copy of the foregoing to be served upon the defendants by placing the same in the U.S. mail, postage prepaid and addressed as followed:

Attorney General
501 Washington Ave.
Montgomery, Al 36130

Webster Henry, P.C.
Two Perimeter park S.
Suite 445 E.
Birmingham, Al 35243

Herndon Law P.C.
1430 I-85 Parkway, Suite 234
Montgomery, Al 36106

DANIEL ARMENDARIZ, pro se

Daniel Armendariz
Alliance Reentry Center
1616 5th Ave. North
Bessemer, AL 35020

BIRMINGHAM AL 350
31 DEC 2021 PM 5 L



United States District Court
Att; Debra Hackett
One Church St., Suite B-110
Montgomery, AL 36104

36104-401801