IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2022 JAN -3 A 11: 25
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DANIEL ARMENDARIZ, #313909, ) | |
|    Plaintiff, ) | |
| V. ) | CIVIL ACTION NO.: |
| COMMISSIONER DUNN, et al., ) | 2:19-cv-1046-MHT-CSC |
|    Defendants. ) | |
| ) | |
| ) | |

## DECLARATION TO AUTHENTICATE EXHIBIT "E"

**DANIEL ARMENDARIZ** declares under penalty of perjury:

   1. I am the plaintiff in this case, I make this affidavit in accordance with Rule 901, 902 Fed.R.Evid. to authenticate exhibit E

   2. Exhibit "E" was printed off Wexford Health Sources Inc. Website and Identifies the policy (collegial review) that created Deliberate indifference to my Serious medical need.

   3. I have attached a QR code and link to Wexford Health Sources Inc. website.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: 01-02-2022

*Daniel Armendariz*
DANIEL ARMENDARIZ, pro se
Phone: 902-916-8902
Email: Armendarizd755@gmail
1616 5th Ave. North
Bessemer, Al 35020

## CERTIFICATE OF SERVICE

I hereby certify that I have this __02__ day of __January__, 2022.
Caused a true and correct copy of the foregoing to be served upon the defendants by placing the same in the U.S. mail, postage prepaid and addressed as followed:

Attorney General
501 Washington Ave.
Montgomery, Al 36130

Webster Henry, P.C.
Two Perimeter park S.
Suite 445 E.
Birmingham, Al 35243

Herndon Law P.C.
1430 I-85 Parkway, Suite 234
Montgomery, Al 36106

Daniel Armendariz
DANIEL ARMENDARIZ, pro se