IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL ARMENDARIZ, #313 909, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-CV-1046-MHT-CSC |
| | ) |
| COMMISSIONER DUNN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion to Enter Exhibit, considered a Motion to Supplement Plaintiff's Opposition to Defendants' Written Reports with Exhibit E (Doc. 168-2), it is

ORDERED that the motion (Doc. 168) is GRANTED.

Done, this 4th day of January 2022.

　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE