IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2022 JAN 24 P 1: 04
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DANIEL ARMENDARIZ, #313909, ) | |
| Plaintiff, ) | |
| V. ) | CIVIL ACTION NO.: |
| COMMISSIONER DUNN, et al., ) | 2:19-cv-1046-MHT-CSC |
| Defendants. ) | |
| ) | |
| ) | |

## SUPPLEMENTAL DECLARATION IN OPPOSITION TO DEFENDANTS SUPPLEMENTAL SPECIAL REPORT DOC. 163

DANIEL ARMENDARIZ #313909 states:

My name is Daniel Armendariz #313909, I am over the age of twenty-one (21) and I have personal knowledge of the facts set forth below.

1. I was at Elmore correctional facility for about four weeks when I was assaulted.

2. I was only aware of the inmates wigging out and some younger inmates getting robbed and slapped around.

3. I was not aware of the severe violence until I was brought back to Elmore correctional facility.

4. I was not aware of the department of justice investigation until April 2019, but the defendants were aware of the investigation.

5. On August 3, 2018, Malik Wright was assigned to B-1 dorm on second shift.

6. When Malik Wright entered the dorm, he made no effort to remove visible barriers, such as sheets hanging on the racks.

7. Before entering the observation cube, he made the announcement to the dorm to not "knock on his door, if we don't bother him, he want bother us" and he went into the observation cube.

8. Malik came out only once to make an announcement to stand by for pill call

9. Malik Wright made no reasonable efforts to protect me, I had to fight may way out and try to come up with a way to make it to the observation cube for help.

10. When I did make it to the observation cube and knocked on the door Malik Wright asked why I was knocking on his fucking door.

11. At no time did I give Malik Wright advance notice that I was about to be assaulted I didn't even know I was about to be killed over a pack of cigarettes that I handed to someone else.

12. Video and audio footage Of B-1 dorm will show everything That I say is true.

Pursuant to 28 U.S.C. §1746 I certify, verify that the following is true and correct, executed at Jefferson County, Alabama.

Respectfully submitted,

01-12-2022
DATED

*Daniel Armendariz*
DANIEL ARMENDARIZ, PRO SE
1616 5TH Ave. North
Bessemer, Al 35020
Phone: (205)916-8902
E-mail: Armendarizd755@gmail

## CERTIFICATE OF SERVICE

I hereby certify that I have this ___12___ day of ___January___, 2022. Caused a true and correct copy of the foregoing to be served upon the defendants by placing the same in the U.S. mail, postage prepaid and addressed as followed:

Attorney General
501 Washington Ave.
Montgomery, Al 36130

Webster Henry, P.C.
Two Perimiter park S.,
Suite 445 E.
Birmingham, Al 35243

Herndon Law P.C.
1430 I-85 Parkway, Suite 234
Montgomery, Al 36106

_Daniel Armendariz_
DANIEL ARMENDARIZ, pro se

Daniel Armendariz
ARC Inc.
1616 5th Ave. North
Bessemer, AL 35020

  

U.S. POSTAGE PAID
FCM LG ENV
BESSEMER, AL
35020
JAN 13, 22
AMOUNT
$1.76
R2304H107821-95

United States District Court
Att: Debra Hackett
One Church St. Suite, B-110
Montgomery, AL 36104