IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED

2022 APR 11  P 12: 04

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| DANIEL ARMENDARIZ, #313909, | ) | |
| Plaintiff, | ) | |
| V. | ) | CIVIL ACTION NO.: |
| COMMISSIONER DUNN, et al., | ) | 2:19-cv-1046-MHT-CSC |
| Defendants. | ) | |
| | ) | |
| | ) | |

### MOTION FOR PRETRIAL HEARING

Pursuant to Rule 26(f) Fed.R.Civ.P., I Daniel Armendariz #313909 request a pretrial hearing in the above case. I request the hearing be held by telephone, video conference or other telecommunication technology pursuant to 42 U.S.C.§ 1997e(f). I have requested appointment of counsel for the pretrial hearing.

Respectfully submitted,

04-02-2022
DATED

*Daniel Armendariz*
DANIEL ARMENDARIZ, pro se
1616 5th Ave. North
Bessemer, Al 35020
Phone: 902-916-8902
Email: Armendarizd755@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this __02__ day of __April__, __2022__. Caused a true and correct copy of the foregoing to be served upon the defendants by placing the same in the U.S. mail, postage prepaid and addressed as followed:

Attorney General
501 Washington Ave.
Montgomery, Al 36130

Webster Henry, P.C.
Two Perimeter Park S.
Suite 445 E.
Birmingham, Al 35243

Herndon Law P.C.
1430 I-85 Parkway, Suite 234
Montgomery, Al 36106

*Daniel Armendariz*
DANIEL ARMENDARIZ, pro se

Daniel Armendarez
1616 5th Ave. North
Bessemer, AL 35020

 

U.S. POSTAGE PAID
FCM LG ENV
BESSEMER, AL
35020
APR 08, 22
AMOUNT
$1.76
R2303S104463-13

United States District Court
Att: Debra Hackett
One Church St., Suite B-110
Montgomery, AL 36104