IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DANIEL ARMENDARIZ,              )
                                )
     Plaintiff,                 )
                                )      CIVIL ACTION NO.
     v.                         )        2:19cv1046-MHT
                                )             (WO)
COMMISSIONER DUNN, et al.,      )
                                )
     Defendants.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 177) is adopted.

(2) Defendants' motions for summary judgment (Doc. 25, Doc. 43, and Doc. 126) are granted.

(3) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of March, 2023.

                                         /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**